**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Nicholas Warren Valero**
Plaintiff

V.

CIVIL ACTION

NO. **1:25-cv-11801-RGS**

**Bondi et al**
Defendant

**ORDER OF DISMISSAL**

Stearns, D. J.

In accordance with the Court's Order entered January 9, 2026 [Doc. No. 12] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

1/9/2026
Date

/s/ Jacqueline Martin
Deputy Clerk